# ELECTRONIC RECORD

COA # 02-13-00073-CR          OFFENSE: 21.11

STYLE: Charles Lee Hodges v. The State of Texas          COUNTY: Tarrant

COA DISPOSITION: AFFIRMED          TRIAL COURT: 297th District Court

DATE: 12/18/14          Publish: NO    TC CASE #: 1181223D

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Charles Lee Hodges v. The State of Texas

_APPELLANT'S_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_Refused_

DATE: _July 1, 2015_

JUDGE: _PC_

CCA #: **258-15**

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**